```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEBRASKA

JUAN BRADLEY,                    )
                                 )
            Plaintiff,           )       8:10CV393
                                 )
      v.                         )
                                 )
BRENDA STOXSTELL, CHARLOTTE      )       MEMORANDUM AND ORDER
STOXSTELL, MAURICE STOXSTELL,    )
SHEILA BRADLEY and KELLY         )
BRADLEY,                         )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP") (Filing No. 2.) As set forth in the Prison Litigation Reform Act, a prisoner cannot:

> [B]ring a civil action . . . or
> proceeding [in forma pauperis] if
> the prisoner has, on 3 or more
> prior occasions, while incarcerated
> or detained in any facility,
> brought an action . . . in a court
> of the United States that was
> dismissed on the grounds that it is
> frivolous, malicious, or fails to
> state a claim upon which relief may
> be granted.

28 U.S.C. §1915(g).

The following four cases brought by plaintiff were dismissed because they failed to state a claim upon which relief may be granted:

- *Bradley v. Urbom,* No. 8:92CV54 (D. Neb.), dismissed as frivolous on March 10, 1992.

- *Bradley v. The Senate*, No. 8:92CV96 (D. Neb.), dismissed as frivolous on May 7, 1992.

- *Bradley v. U.S. District Court*, No. 8:92CV127 (D. Neb.), dismissed as frivolous on March 13, 1992.

- *Bradley v. Urbom*, No. 8:92CV188 (D. Neb.), dismissed as frivolous on April 13, 1992.

Accordingly, plaintiff has until November 18, 2010, to show cause why this matter should not be dismissed pursuant to 28 U.S.C. §1915(g). Alternatively, plaintiff may pay the full $350.00 filing fee no later than November 18, 2010. In the absence of good cause shown or the payment of the full filing fee, plaintiff's complaint and this matter will be dismissed without further notice.

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is denied. Plaintiff has until November 18, 2010, to either show cause why this case should not be dismissed pursuant to 28 U.S.C. §1915(g) or pay the full $350.00 filing fee. In the absence of either action by plaintiff, this matter will be dismissed without further notice.

2. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text:

-2-

November 18, 2010: Deadline for plaintiff to show cause or pay full filing fee.

DATED this 19th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.